# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>LBB IMPORTS, LLC,<br><br>Defendant. | Civil Action No. 1:14-cv-01655-JEJ |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs The Hershey Company and Hershey Chocolate & Confectionery Corporation respectfully submit the following disclosures:

1. The Hershey Company is a publicly held corporation. No publicly held company owns 10% or more of the stock of The Hershey Company.

2. Hershey Chocolate & Confectionery Corporation is a wholly owned subsidiary of The Hershey Company.

| | |
|---|---|
| Dated:  August 26, 2014 | Respectfully submitted, |
| | By  /s/ Devin Chwastyk_____<br>Harvey Freedenberg (PA 23152)<br>hfreedenberg@mwn.com |
| *Of Counsel:* | Devin Chwastyk (PA 91852)<br>dchwastyk@mwn.com<br>MCNEES, WALLACE & NURICK LLC<br>100 Pine Street, P.O. Box 1166 |
| Paul C. Llewellyn<br>paul.llewellyn@kayescholer.com<br>Kyle D. Gooch<br>kyle.gooch@kayecholer.com<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY  10022<br>Telephone:  (212) 836-8000<br>Facsimile:   (212) 836-8689 | Harrisburg, PA  17108-1166<br>Telephone:  (717) 237-5482<br>Facsimile:   (717) 237-5300<br><br>*Attorneys for Plaintiffs The Hershey Company and Hershey Chocolate & Confectionery Corporation* |