IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE HERSHEY COMPANY, et al. | : | 14cv1655 |
| Plaintiffs | : | Judge Jones |
| | : | |
| vs. | : | |
| | : | |
| LBB IMPORTS, LLC | : | |
| Defendant | : | |

## ORDER
August 26, 2014

It is hereby ORDERED as follows:

1. The case management conference has been scheduled for October 30, 2014, at a time to be announced.

2. Plaintiff's counsel shall arrange for the conference call. **Chamber's telephone number is (717)221-3986.**

3. All counsel shall be ready to proceed when my office is contacted.

4. Counsel are directed to this Court's Calendar as attached hereto. **All dates on the Joint Case Management Plan shall be strictly in accordance with those set forth thereon.**

s/John E. Jones III
John E. Jones III
United States District Judge

**Judge Jones**
**2015 Court Calendar**
**(Revised 8/26/14)**

| Trial List | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 7/30/14 | 9/1/14 | 12/1/14 | 1/12/15 |
| February | 8/29/14 | 10/1/14 | 1/5/15 | 2/3/15 |
| March | 9/30/14 | 11/3/14 | 2/2/15 | 3/10/15 |
| April | 10/31/14 | 12/1/14 | 3/9/15 | 4/2/15 |
| May | 11/28/14 | 1/1/15 | 4/1/15 | 5/5/15 |
| June | 12/31/14 | 2/3/15 | 5/4/15 | 6/2/15 |
| July | 1/30/15 | 3/3/15 | 6/1/15 | 7/2/15 |
| August | 2/27/15 | 4/1/15 | 7/1/15 | 8/4/15 |
| September | 3/31/15 | 5/1/15 | 8/3/15 | 9/2/15 |
| October | 4/30/15 | 6/1/15 | 9/1/15 | 10/2/15 |
| November | 5/29/15 | 7/1/15 | 10/1/15 | 11/3/15 |
| December | 6/30/15 | 8/3/15 | 11/2/15 | 12/2/15 |

**Case Management Conferences:**
1/29/15
2/27/15
3/31/15
4/30/15
5/29/15
6/30/15
7/31/15
8/31/15
9/30/15
10/30/15
11/30/15
12/30/15

## Judge Jones
## 2016 Court Calendar

| Trial List | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 7/30/15 | 9/1/15 | 12/1/15 | 1/5/16 |
| February | 8/30/15 | 10/1/15 | 1/4/16 | 2/2/16 |
| March | 9/30/15 | 11/2/15 | 2/1/16 | 3/2/16 |
| April | 10/30/15 | 12/1/15 | 3/1/16 | 4/4/16 |
| May | 11/30/15 | 1/4/16 | 4/1/16 | 5/3/16 |
| June | 12/31/15 | 2/1/16 | 5/2/16 | 6/2/16 |
| July | 1/29/16 | 3/1/16 | 6/1/16 | 7/6/16 |
| August | 2/29/16 | 4/1/16 | 7/5/17 | 8/2/16 |
| September | 3/31/16 | 5/2/16 | 8/1/16 | 9/6/16 |
| October | 4/29/16 | 6/1/16 | 9/1/16 | 10/4/16 |
| November | 5/31/16 | 7/1/16 | 10/3/16 | 11/2/16 |
| December | 6/30/16 | 8/1/16 | 11/1/16 | 12/2/16 |

**Case Management Conferences:**
1/29/16
2/29/16
3/30/16
4/29/16
5/31/16
6/29/16
7/29/16
8/31/16
9/30/16
10/31/16
11/30/16
12/28/16