UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>LBB IMPORTS, LLC,<br><br>Defendant. | Civil Action No. 14-cv-1655<br><br>Judge John E. Jones III |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs The Hershey Company and Hershey Chocolate & Confectionery Corporation hereby dismiss the above-captioned action without prejudice.

Dated: January 22, 2015

Respectfully submitted,

MCNEES, WALLACE & NURICK LLC

By: /s/ Harvey Freedenberg
Harvey Freedenberg (PA 23152)
hfreedenberg@mwn.com
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166
Telephone: (717) 237-5267
Facsimile: (717) 237-5300

*Attorneys for Plaintiffs The Hershey Company and Hershey Chocolate & Confectionery Corporation*

*Of Counsel:*

Paul C. Llewellyn (*pro hac vice*)
paul.llewellyn@kayescholer.com
Kyle D. Gooch (*pro hac vice*)
kyle.gooch@kayescholer.com
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

62457289